1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THOMAS JAMES WELLS III,<br><br>    Plaintiff,<br><br>    v.<br><br>V. MAES #5065 Washington State D.O.C. Community Custody Corrections Officer of Downtown Seattle, and F. REYES #7428 Washington State D.O.C. Community Custody Corrections Officer of Downtown Seattle,<br><br>    Defendants. | Case No. C17-473-JCC-JPD<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING INSTITUTION TO CALCULATE, COLLECT, AND FORWARD PAYMENTS |

Plaintiff has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled § 1983 action. Dkt. 1. After careful consideration of the application and supporting materials, the Court ORDERS as follows:

(1) Plaintiff's application to proceed IFP, Dkt. 1, is GRANTED. As set forth below, an initial partial filing fee will be collected, and thereafter each month plaintiff is required to pay twenty (20) percent of the preceding month's income credited to his account until the full amount of the filing fee is satisfied.

ORDER- 1

1        (2)     Pursuant to 28 U.S.C. § 1915 and plaintiff's approved application to proceed

2   IFP, the institution having custody of the above-named plaintiff is directed to calculate an

3   initial partial filing fee equal to twenty (20) percent of the greater of either:  (1) the average

4   monthly deposits to the prisoner's account; or (2) the average monthly balance in the prisoner's

5   account for the six-month period immediately preceding the date of this Order.  The initial

6   partial filing fee should be forwarded to the Clerk as soon as practicable.

7        Subsequently, if the prisoner's account exceeds $10.00, each month the financial

8   officer of the correctional facility is directed to collect and forward payments equal to twenty

9   (20) percent of the prisoner's preceding month's income credited to the prisoner's account.  In

10  the event that the monthly payment would reduce the prisoner's account below $10.00, the

11  financial officer should collect and forward only that amount which would reduce the

12  prisoner's account to the $10.00 level.  This $10.00 limit does not apply to the initial partial

13  filing fee described above.  Finally, the monthly payments should be collected and forwarded

14  to the Court until the entire filing fee ($350.00) for this matter has been paid.

15       (3)     The Clerk is directed to send a copy of this order to plaintiff, to the financial

16  officer of the Court, and to the financial officer of the correctional facility.

17       DATED this 7th day of April, 2017.

18

19                                                          _____
                                                            JAMES P. DONOHUE
20                                                          Chief United States Magistrate Judge

21

22

23

24

ORDER- 2