UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THOMAS JAMES WELLS III, | CASE NO. C17-473-JCC-JPD |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| V. MAES #5065 WASHINGTON STATE D.O.C. COMMUNITY CUSTODY CORRECTIONS OFFICER OF DOWNTOWN SEATTLE, AND F. REYES #7428 WASHINGTON STATE D.O.C. COMMUNITY CUSTODY CORRECTIONS OFFICER OF DOWNTOWN SEATTLE, | |
| Defendants. | |

Plaintiff, proceeding *pro se* and *in forma pauperis* ("IFP"), submitted a 42 U.S.C. § 1983 civil rights complaint. Dkt. 4. On April 7, 2017, the Clerk of the Court arranged for service by first class mail upon the two individual defendants named in plaintiff's complaint. Dkt. 5 at 1-2.[1] On May 4, 2017, counsel for defendants Washington State Community Corrections Officers V.

---

[1] The Clerk sent a copy of the plaintiff's complaint, a copy of the Court's Service Order, two copies of the notice of lawsuit and request for waiver of service of summons, a waiver of service of summons, and a return envelope (postage prepaid) addressed to the Clerk's Office.

Maes and F. Reyes entered a Notice of Appearance. Dkt. 6. Defendants did not, however, submit waivers of service, or timely file an answer or a motion permitted under Rule 12 of the Federal Rules of Civil Procedure.

Accordingly, the Court hereby ORDERS as follows:

(1) Defendants are directed to **SHOW CAUSE** within twenty-one (21) days of the date of this Order why default should not be entered against them in this action for failure to plead or otherwise defend.

(2) The Clerk is directed to send a copy of this Order to the parties and to the Honorable John C. Coughenour.

DATED this 31st day of May, 2017.

*James P. Donohue*

JAMES P. DONOHUE
Chief United States Magistrate Judge