UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THOMAS JAMES WELL, III,<br><br>    Plaintiff,<br><br>    v.<br><br>V. MAES, *et al.*,<br><br>    Defendants. | Case No. C17-473-JCC-JPD<br><br>ORDER GRANTING COUNSEL'S MOTION TO WITHDRAW |

This matter comes before the Court on defense counsel Washington State Attorney General Robert W. Ferguson and Assistant Attorney General Alexander Foster-Brown's motion to withdraw as counsel representing defendants V. Maes and F. Reyes. Dkt. 9. The Court, finding good cause for the request, hereby GRANTS the motion. Dkt. 9. Mr. Ferguson and Mr. Foster-Brown's withdrawal is effective as of the date of this Order, as attorneys Robert L. Christie and Aubrie D. Hicks have entered Notices of Appearances as new counsel for defendants V. Maes and F. Reyes. Dkts. 11-12.

//
//
//

ORDER
PAGE - 1

The Clerk of the Court is directed to send a copy of this Order to all counsel and the Honorable John C. Coughenour.

DATED this 21st day of July, 2017.

*James P. Donohue*

JAMES P. DONOHUE
Chief United States Magistrate Judge

ORDER
PAGE - 2