THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THOMAS JAMES WELLS, III,

    Plaintiff,

    v.

V. MAES, *et al.*,

    Defendants.

CASE NO. C17-0473-JCC

ORDER

This matter comes before the Court on Defendants' motion to dismiss (Dkt. No. 16). The Court, having reviewed the report and recommendation of the Honorable James P. Donohue (Dkt. No. 19) and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation

(2) This action is DISMISSED without prejudice to Plaintiff bringing a new action raising these claims should he satisfy the *Heck* pleading requirements in the future.

(3) The Clerk is DIRECTED to send copies of this order to Plaintiff and to the Honorable James P. Donohue.

//

//

//

//

ORDER
C17-0473-JCC
PAGE - 1

1       DATED this 2nd day of November 2017.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C17-0473-JCC
PAGE - 2